THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GERARDO MEJIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIV-20-817-R |
| | ) |
| FNU HENIKI, ET AL., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Before the Court is the September 11, 2020 Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell. Therein she recommends that the Complaint be dismissed without prejudice in light of Plaintiff's failure to comply with her order that he either pay the full filing fee or file a motion seeking leave to proceed *in forma pauperis* (Doc. No. 11). The record reflects that Plaintiff has not objected to the Report and Recommendation within the time limits prescribed therein, nor has he sought an extension of time in which to file an objection. Accordingly, the Report and Recommendation is hereby ADOPTED and the case is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED** this 13th day of October 2020.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE